AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _Massachusetts_

ANDREW ANAGNOS and
IRENE ANAGNOS-HATGIS,
    Plaintiffs,

V.

THOMAS HULTGREN, in his official
and personal capacities,
  CHRISTOPHER FINNERAL, in his
personal and official capacities,
OFFICER JOHN DOE, in his personal
and official capacities, and
THE CITY OF LOWELL, MASSACHUSETTS,
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04

TO: (Name and address of Defendant)

THOMAS HULTGREN
c/o LOWELL POLICE DEPARTMENT
50 Arcand Drive
Lowell, MA 01852

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KIRK Y. GRIFFIN
50 Staniford Street
Box 8090
Boston, MA 02114
(617) 367-0966

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK    DATE 7-27-04

(By) DEPUTY CLERK _Pat Russo_

0402151

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

August 4, 2004

I hereby certify and return that on 8/3/2004 at 12:03PM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to SGT. O'KEEFE, agent, person in charge at the time of service for THOMAS HULTGREN, at , 50 ARCAND Drive, LOWELL POLICE DEPARTMENT Lowell, MA 01852. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($16.00) Total Charges $52.00

*Arthur Santos*
_____
Deputy Sheriff

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                Signature of Server

                                  _____
                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.