AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

ANDREW ANAGNOS and
IRENE ANAGNOS-HATGIS,
    Plaintiffs,
V.

THOMAS HULTGREN, in his official
and personal capacities,
CHRISTOPHER FINNERAL, in his
personal and official capacities,
OFFICER JOHN DOE, in his personal
and official capacities, and
THE CITY OF LOWELL, MASSACHUSETTS,
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04

TO: (Name and address of Defendant)

CHRISTOPHER FINNERAL
c/o LOWELL POLICE DEPARTMENT
50 Arcand Drive
Lowell, MA 01852

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KIRK Y. GRIFFIN
50 Staniford Street
Box 8090
Boston, MA 02114
(617) 367-0966

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE   7/27/04

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the S...

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge MA 02141-1819 • (617) 547-1171

**Middlesex, ss.**

August 4, 2004

I hereby certify and return that on 8/3/2004 at 12:10PM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to SGT. O'KEEFE, agent, person in charge at the time of service for CHRISTOPHER FINNERAL, at 50 ARCAND Drive, LOWELL POLICE DEPARTMENT Lowell, MA 01852. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($15.00) Total Charges $51.00

_Arthur Santos_

Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date                       Signature of Server

                                         _____
                                            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.