%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED District of __Massachusetts__

ANDREW ANAGNOS and
IRENE ANAGNOS-HATGIS,

    Plaintiffs    2004 AUG -6  P 12: 12

    v.

THOMAS HULTGREN, in his official  DISTRICT COURT
and personal capacities,          DISTRICT OF MASS
CHRISTOPHER FINNERAL, in his
personal and official capacities,
OFFICER JOHN DOE, in his personal
and official capacities, and
THE CITY OF LOWELL, MASSACHUSETTS,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04   11         Y

TO: (Name and address of Defendant)

THE CITY OF LOWELL
375 Merrimack Street
Lowell, MA 01852-5986

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KIRK Y. GRIFFIN
50 Staniford Street
Box 8090
Boston, MA 02114
(617) 367-0966

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                              DATE  7-27-04

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons... DATE



**Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171**

*Middlesex, ss.*

August 4, 2004

I hereby certify and return that on 8/3/2004 at 12:40PM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to MARIE DILLARD, agent, person in charge at the time of service for THE CITY OF LOWELL, at 375 MERRIMACK STREET, Lowell, MA 01852. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($0.90), Postage and Handling ($1.00), Travel ($16.00) Total Charges $52.90

*Arthur Lintoe*
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                         Signature of Server

                                _____
                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.