UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW ANAGNOS, and IRENE ANAGNOS-HATGIS,<br>    **Plaintiffs**<br><br>vs.<br><br>THOMAS HULTGREN, In his official and personal capacities,<br>CHRISTOPHER FINNERAL, In his official and personal capacities,<br>OFFICER JOHN DOE, In his official and personal capacities, and<br>THE CITY OF LOWELL, MASSACHUSETTS<br>    **Defendants** | CASE NO: 04-11665 WGY<br><br>**DEFENDANT CHRISTOPHER FINNERAL ANSWER TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL** |

Now comes the Defendant, **Christopher Finneral**, in the above-entitled action, and through his counsel answers the complaint as follows:

## JURISDICTION

1. The Defendant states this Paragraph calls for a legal conclusion and not a responsive answer. To the extent that the Paragraph alleges any facts, the Defendant **denies** the allegations in this Paragraph.

2. The Defendant states this Paragraph calls for a legal conclusion and not a responsive answer. To the extent that the Paragraph alleges any facts, the Defendant **denies** the allegations in this Paragraph.

3. The Defendant neither **admits** nor **denies** the allegations in this Paragraph but leaves the Plaintiffs to their proof.

## PARTIES

4. The Defendant neither **admits** nor **denies** the allegations in this Paragraph but leaves the Plaintiffs to their proof.

5. The Defendant neither **admits** nor **denies** the allegations in this Paragraph but leaves the Plaintiffs to their proof.

6. The Defendant **admits** the allegations in this Paragraph.

7. The Defendant **admits** the allegations in this Paragraph.

8. The Defendant neither **admits** nor **denies** the allegations in this Paragraph but leaves

the Plaintiffs to their proof.

9.  The Defendant **admits** the allegations in this Paragraph.

## GENERAL ALLEGATIONS

10. The Defendant **denies** the allegations in this Paragraph.
11. The Defendant **admits** the allegations in this Paragraph.
12. The Defendant **admits** the allegations in this Paragraph.
13. The Defendant **admits** the allegations in this Paragraph.
14. The Defendant **denies** the allegations in this Paragraph. .
15. The Defendant **denies** the allegations in this Paragraph.
16. The Defendant **denies** the allegations in this Paragraph.
17. The Defendant **admits** the allegations in this Paragraph.
18. The Defendant **admits** the allegations in this Paragraph.
19. The Defendant **denies** the allegations in this Paragraph.
20. The Defendant **denies** the allegations in this Paragraph.
21. The Defendant **denies** the allegations in this Paragraph.
22. The Defendant **admits** the allegations in this Paragraph.
23. The Defendant **denies** the allegations in this Paragraph.
24. The Defendant **admits** the allegations in this Paragraph.
25. The Defendant **denies** the allegations in this Paragraph.
26. The Defendant **denies** the allegations in this Paragraph.
27. The Defendant **denies** the allegations in this Paragraph.
28. The Defendant **denies** the allegations in this Paragraph.
29. The Defendant neither **admits** nor **denies** the allegations contained in this Paragraph as the allegations are not directed to him.
30. The Defendant has insufficient knowledge to either **affirm** or **deny** the allegations of this Paragraph.

## COUNT I
## WRONGFUL DEATH UNDER STATE LAW

31. The Defendant repeats and reaffirms his responses to the allegations set forth in the preceding Paragraphs of this Answer.
32. The Defendant **admits** the allegations in this Paragraph.

33. The Defendant **denies** the allegations in this Paragraph.

34. The Defendant **denies** the allegations in this Paragraph.

35. The Defendant **denies** the allegations in this Paragraph.

36. The Defendant **denies** the allegations in this Paragraph.

## COUNT II
## CONSCIOUS PAIN AND SUFFERING UNDER STATE LAW

37. The Defendant repeats and reaffirms his responses to the allegations set forth in the preceding Paragraphs of this Answer.

38. The Defendant **admits** the allegations in this Paragraph.

39. The Defendant **denies** the allegations in this Paragraph.

40. The Defendant **denies** the allegations in this Paragraph.

41. The Defendant **denies** the allegations in this Paragraph.

## COUNT III
## NEGLIGENCE AND NEGLIGENT INFLICTION OF
## EMOTIONAL DISTRESS CAUSED BY DEFENDANT-OFFICERS UNDER STATE LAW

42. The Defendant repeats and reaffirms his responses to the allegations set forth in the preceding Paragraphs of this Answer.

43. The Defendant **denies** the allegations in this Paragraph.

44. The Defendant **denies** the allegations in this Paragraph.

45. The Defendant **denies** the allegations in this Paragraph.

46. The Defendant **denies** the allegations in this Paragraph.

47. The Defendant **denies** the allegations in this Paragraph.

## COUNT IV
## NEGLIGENCE HIRING, RETENTION AND TRAINING
## BY DEFENDANT-CITY OF LOWELL UNDER STATE LAW

48. The Defendant repeats and reaffirms his responses to the allegations set forth in the preceding Paragraphs of this Answer.

49. The Defendant neither **admits** nor **denies** the allegations contained in this Paragraph

as the allegations are not directed to him.

50. The Defendant neither **admits** nor **denies** the allegations contained in this Paragraph as the allegations are not directed to him.

51. The Defendant neither **admits** nor **denies** the allegations contained in this Paragraph as the allegations are not directed to him.

52. The Defendant neither **admits** nor **denies** the allegations contained in this Paragraph as the allegations are not directed to him.

53. The Defendant neither **admits** nor **denies** the allegations contained in this Paragraph as the allegations are not directed to him.

54. The Defendant neither **admits** nor **denies** the allegations contained in this Paragraph as the allegations are not directed to him.

55. The Defendant neither **admits** nor **denies** the allegations contained in this Paragraph as the allegations are not directed to him.

56. The Defendant **denies** the allegations in this Paragraph.

57. The Defendant **denies** the allegations in this Paragraph.

58. The Defendant **denies** the allegations in this Paragraph.

### COUNT V
### VIOLATION OF THE FOURTEENTH AMENDMENT
### BY DEFENDANTS HULTGREN, FINNERAL
### AND THE CITY OF LOWELL

59. The Defendant repeats and reaffirms his responses to the allegations set forth in the preceding Paragraphs of this Answer.

60. The Defendant neither **admits** nor **denies** the allegations contained in this Paragraph as the allegations are not directed to him.

61. The Defendant neither **admits** nor **denies** the allegations contained in this Paragraph as the allegations are not directed to him.

62. The Defendant neither **admits** nor **denies** the allegations contained in this Paragraph as the allegations are not directed to him.

63. The Defendant **denies** the allegations in this Paragraph.

64. The Defendant **denies** the allegations in this Paragraph.

65. The Defendant **denies** the allegations in this Paragraph.

66. The Defendant **denies** the allegations in this Paragraph.

67. The Defendant states that no response is required for this Paragraph.

## AFFIRMATIVE DEFENSES
### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

By way of affirmative defense, the Defendant states that the Plaintiff's complaint fails to state a claim for which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE
### (Statute of Limitations)

By way of affirmative defense, the Defendant states that the Plaintiff's complaint is barred by the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE
### (Immunity for Negligence Pursuant to M.G.L. c. 258, § 2)

By way of affirmative defense, the Defendant states that the Plaintiff's Complaint, to the extent it alleges State Law Claims of Negligence on the part of the Defendant is barred pursuant to **M.G.L. c. 258, § 2**.

### FOURTH AFFIRMATIVE DEFENSE
### (Lack of Requisite Knowledge and Notice)

By way of affirmative defense, the Defendant lacked any requisite knowledge or notice necessary for it to have liability attach to his actions or inactions.

### FIFTH AFFIRMATIVE DEFENSE
### (Comparative Negligence)

By way of affirmative defense, the Defendant states that any injuries the Plaintiff suffered are the result of its own negligent, intentional and/or illegal conduct and not any actions of the Defendant.

### SIXTH AFFIRMATIVE DEFENSE
### (Self-Defense, Defense of Another)

By way of affirmative defense, the Defendant states that the Defendant was acting in self-defense of himself or another.

### SEVENTH AFFIRMATIVE DEFENSE
### (Lack of Malice and within Authority of a Police Officer)

By way of affirmative defense, the Defendant states that the Defendant acted without malice toward the Plaintiff and that his actions relative to the Plaintiff were privileged by virtue of his acting reasonably and in good faith within the scope of his authority as a police officer.

### EIGHT AFFIRMATIVE DEFENSE
### (Resisting of Lawful Arrest)

By way of affirmative defense, the Defendant states that the Plaintiff's actions were an

unjustified resisting of a lawful arrest.

### NINTH AFFIRMATIVE DEFENSE
### (No Constitutional Deprivation)

By way of affirmative defense, the Defendant states that the activities complained of do not rise to the level of constitutional deprivations under 42 U.S.C. §1983, therefore this Court lacks subject matter jurisdiction.

### TENTH AFFIRMATIVE DEFENSE
### (Qualified Immunity)

By way of affirmative defense, the Defendant states that the Plaintiff's claims are barred under the doctrine of qualified immunity as the alleged acts complained of occurred within the scope of the Defendant's official duties and Defendant had no knowledge that said alleged acts were illegal and/or unconstitutional nor were said alleged acts clearly violative of Plaintiff's rights at the time they were allegedly committed.

### ELEVENTH AFFIRMATIVE DEFENSE
### (Lack of Malice)

By way of affirmative defense, the Defendant states in any actions it undertook of failed to take, it lacked the element of malice to the Plaintiff.

### TWELFTH AFFIRMATIVE DEFENSE
### (Reservation of Rights to Assert Additional Defenses)

By way of affirmative defense, the Defendant states it reserves the right, after entering into discovery, to file additional affirmative defenses, claims and actions as may be necessary, compulsory or available.

### THIRTEENTH AFFIRMATIVE DEFENSE
### (Frivolous Action Defenses)

By way of affirmative defense, the Defendant states that the Plaintiff's claims are frivolous and not advanced in good faith and that therefore the Defendant is entitled to costs and attorneys fees pursuant to **42 U.S.C. §1988**.

### FOURTEENTH AFFIRMATIVE DEFENSE
### ( Violation of General Law Chapter 231, Section 6(f) )

By way of affirmative defense, the Defendant states that the Plaintiff is estopped from recovery by virtue of the fact that the Complaint contains allegations wholly unsubstantial, frivolous and not advanced in good faith and as such this Defendant is entitled to costs and attorneys fees for defense pursuant to *M.G.L. Chapter 231, Section 6(f)* and as otherwise allowed by law.

### FIFTEENTH AFFIRMATIVE DEFENSE
### (Failure to Perfect Service of Process)

By way of affirmative defense, the Defendant states that the Plaintiff has failed to properly effect service of process on the Defendant.

### SIXTEENTH AFFIRMATIVE DEFENSE
### (Plaintiff is Not a Proper Party to Bring Suit)

By way of affirmative defense, the Defendant states that the Plaintiffs are not the administrators of the Estate of Theodore Anagnos and do not have an independent cause of action for loss of consortium for their adult son.

### DEFENDANT'S DEMAND OF TRIAL BY JURY

### THE DEFENDANT DEMANDS TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

### REQUESTS FOR RELIEF

**WHEREFORE,** The Defendant requests that this Court:

a. Find in his favor on all counts;
b. Grant judgment in his favor;
c. Dismiss the claims brought against him;
d. Grant him costs and attorneys fees;
e. Any other relief this Court deems equitable and just.

Respectfully submitted,

Joseph W. Monahan, III - BBO#351100
Thomas J. Freda, BBO#178150
**Monahan & Padellaro**
43 Thorndike Street
Cambridge, MA 02141
Tel: (617)494-1188
Fax:(617)494-0433
E-Mail: mplaw @bellatlantic.net

Dated: August 20, 2004

### CERTIFICATE OF SERVICE

I, Thomas J. Freda, hereby certify that on the date listed above, I served a copy of the forgoing Answer to Plaintiff's Complaint by **regular mail, postage prepaid** to the following:

**Plaintiff's Attorney**

Kirk Y. Griffin, Esquire
50 Staniford Street
Box 8090
Boston, MA 02114

**Co-Defendant's Attorney**

Kimberly McMahon, Asst. City Solictor
City of Lowell, Law Department
375 Merrimack Street, Room 64
Lowell, MA 01852

Thomas J. Freda - BBO#178150

C:\My Documents\Federal Answers\Anagnos Parents v. Finneral, City of Lowell Answer.wpd