FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS 2004 OCT 15 P 2: 50

U.S. DISTRICT COURT
DISTRICT OF MASS.

```
* * * * * * * * * * * * * * * *  *
                                  *
                                  *
ANDREW ANAGNOS and                *
IRENE ANAGNOS-HATGIS,             *      Civil Action No. 04-11665-WGY
                                  *
           Plaintiffs             *
                                  *
     v.                           *
                                  *
THOMAS HULTGREN, in his official  *
and personal capacities;          *
CHRISTOPHER FINNERAL, in his      *
official and personal capacities, *
OFFICER JOHN DOE, in his personal *
and official capacities, THE      *
CITY OF LOWELL, MASSACHUSETTS,    *
                                  *
                                  *
           Defendants             *
                                  *
                                  *
* * * * * * * * * * * * * * * *  *
```

PLAINTIFF'S MOTION TO CONTINUE
SCHEDULING CONFERENCE OF OCTOBER 18, 2004


The plaintiffs in the above-captioned cause move that the court continue the scheduling conference presently set for 2:00 p.m. on October 18, 2004.


And as reasons therefore, undersigned counsel represents to the court that:


(01)     It will be necessary for counsel to be out of the

1

Commonwealth from the afternoon of October 15th until October 22, 2004, in connection with a matter in South Carolina: **Falanga** v. **Knabb, et.al.**, Horry County Court of Common Pleas Docket No. 02-CP 26-2926.

(02)      I have conferred with attorney Kimberley A. McMahon, a counsel of record for the defendant City of Lowell, and am authorized to report that she, and on behalf of all defense counsel, has no objection to the continuance requested.

(03)      Furthermore, the defendants jointly moved on October 5th to consolidate a companion case, **Amy Anagnos, et.al.** v. **Hultgren, et.al.**, Docket No. 04-11664-JLT, with this action. The motion to consolidate is unopposed.

WHEREFORE, for those collective reasons, undersigned counsel requests that the scheduling conference be continued to a date convenient to the court's schedule in the second half of November, 2004, following the presumptive allowance of the motion to consolidate.

ANDREW ANAGNOS and
IRENE ANAGNOS-HATGIS
By their attorney,

Kirk Y. Griffin (BBO 211720)
50 Staniford Street
Boston, MA 02114

DATED: October 15, 2004

617.367.0966

**CERTIFICATE OF SERVICE**

I, Kirk Y. Griffin, do hereby certify that on October 15, 2004, I caused to be transmitted by FAX a copy of the within pleading to the indicated counsel of record in the above-captioned as well as the referenced companion case:

Kimberley A. McMahon, Esq.     978.970.4060

Joseph W. Monahan, III, Esq.   617.494.1188

Daniel S. Sharp, Esq.          781.639.1771

Roland L. Milliard, Esq.       978.957.5322

Kirk Y. Griffin